TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1050 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Trustee
DAVID C. FARMER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>Avonelle L. Alameda,<br><br>        Debtor. | CASE NO. 10-00500<br>(Chapter 7)<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**<br><br>Judge:   Honorable Robert J. Faris |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**

On April 10, 2010 David C. Farmer, the duly appointed Chapter 7 Bankruptcy trustee for the Bankruptcy Estate of Avonell L. Alameda (the "Trustee") filed his objection to the Debtor's claim of exemption regarding the debtor's interest in Hawaiian Homes Property (the "Objection") (Docket No. 14).

The Objection was brought on the grounds that the debtor has asserted an

exemption regarding the equity in the debtor's home that is described as "Residence: 482 Nahalea Ave, Hilo, HI 96720 TMK (3) 2-1-021-080 (Hawaiian Home Lease)". The debtor claims her interest in this property as exempt pursuant to "Sec. 208(5) Hawaiian Homes Comm. Act, Hawaii State Constitution". The Objection was brought on the grounds that the Hawaiian Homes Act is not a valid exemption.

Based on the Declaration of Timothy J. Hogan and Request for Entry of Order filed on April 29, 2010 (Docket No. 30), the court finds that there was no timely response to the Objection and finding good cause, therefor, the Trustee's Objection is SUSTAINED.

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: May 3, 2010

_____
*In re Avonelle L Alameda*, Bk. No. 10-00500 (Ch 7); Order Sustaining Trustee's Objection to Debtor's Claim of Exemption (Docket No. 14).